■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY JOHNSON, Appellant. [790 NYS2d 389]—Order, Supreme Court, New York County (Arlene R. Silverman, J.), entered on or about December 23, 2002, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant received ample notice of the basis for his level three classification along with a full opportunity to be heard, and he was not deprived of his right to due process (*see Doe v Pataki*, 3 F Supp 2d 456, 471-472 [SD NY 1998]). Concur— Buckley, P.J., Mazzarelli, Friedman, Marlow and Sullivan, JJ.